# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:16-CV-00241-DGK |
| THE VIEW, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION FOR CONSENT JUDGMENT

This matter arises out of a commercial liability insurance policy. Now before the Court is the parties' Joint Motion for Consent Judgment (Doc. 23). After consideration, the motion is GRANTED, and the Court finds as follows:

1. The commercial liability policy, no. CMP1003163, issued by Plaintiff Evanston Insurance Company to Defendant The View, LLC, with effective dates of December 29, 2003, through January 18, 2005, has been exhausted by the payment of settlements on behalf of Defendants The View, LLC, Wayne Reeder, and related parties including, but not limited to, Vista View, Inc.

2. Due to said exhaustion of the policy limits, no further coverage of any type is afforded to Defendant The View, LLC, Wayne Reeder, or related party, under policy no. CMP1003163, and the policy is rendered null and void for all coverages and obligations.

3. No further obligation to defend or indemnify Defendant The View, LLC, Vista View, Inc., Wayne Reeder or related party, for any claim, lawsuit, or action is afforded under policy no. CMP1003163.

4. This matter is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

**IT IS SO ORDERED.**

Date: May 22, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT